IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:15-CR-00006-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| MICHAEL POTTER, ) | |
| Defendant. ) | |

This matter is before the court on the Government's Motion for Defendant to Secure Counsel or Request Court Appointed Counsel [DE-14]. In its motion, the Government requests that the court order Defendant Michael Potter to retain counsel or appoint him counsel. A review of the record reveals that attorney Joseph E. Zeszotarski, Jr. entered a Notice of Appearance [DE-15] on March 2, 2015. Consequently, the Government's Motion for Defendant to Secure Counsel or Request Court Appointed Counsel [DE-14] is DISMISSED as moot.

SO ORDERED.

This, the 9 day of March, 2015.

JAMES C. FOX
Senior United States District Judge