# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

James L. Corpening, Jr.
Chief U.S. Probation Officer



150 Rowan St. Suite 110
Fayetteville, NC 28301-4920
Phone: 910-354-2542
Fax: 910-483-2690

**DATE:** January 21, 2021

**FROM:** Van R. Freeman, Jr.
Deputy Chief U.S. Probation Officer

**SUBJECT:** POTTER, Michael
Case No.: 2:15-CR-6-1BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
United States District Judge

On August 4, 2017, Michael Potter was convicted of Lacey Act Trafficking Violation in United States District Court for the Eastern District of North Carolina and received 5 years of probation, which began on August 4, 2017.

Mr. Potter has performed satisfactorily on supervision. He has submitted to DNA testing and he has been on low intensity supervision since October 7, 2019. Mr. Potter is disabled and has met all his monetary obligations. His term of supervision is set to expire on August 3, 2022.

The probation office is requesting early termination. The U.S. Attorney's Office agrees with our recommendation for early termination. Please indicate the court's preference by marking the appropriate selection below.

- ☑ I agree with the recommendation and have signed the enclosed Order.
- ☐ I disagree with the recommendation. I will reconsider in one year.
- ☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_Terrence Boyle_  1-21-21
Terrence W. Boyle                    Date
United States District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.　　　　　　　　　　　　　　　　**Crim. No. 2:15-CR-6-1BO**

**MICHAEL POTTER**

On August 4, 2017, the above named was placed on probation for a period of 60 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Van R. Freeman, Jr.
Van R. Freeman, Jr.
Deputy Chief U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2542
Executed On: January 21, 2021

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __21__ day of __January__, 2021.

Terrence W. Boyle
United States District Judge